FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 AUG -8  PM 2:54

CLERK _CIAdaus_
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:01 CR 063 |
| | * | |
| TIMOTHY REID | * | |

**ORDER FOR THE DISBURSEMENT**
**OF FUNDS**

In the captioned criminal case, an earlier order entered by the presiding judge resulted in a monetary balance in the Clerk's Registry account in the amount of $1,100.00. The Clerk has requested directions with respect to the application of these funds.

Upon the foregoing, **IT IS HEREBY ORDERED AND DIRECTED** that the Clerk of Court shall apply the aforementioned fund in the principle amount of $1,100.00 plus accrued interest in the following manner:

1)      The sum of $584.60 shall be applied to reimburse the Criminal Justice Act fund for payment made to the Defendant's appointed attorney at law.

2)      The remainder of said principle amount plus accrued interest shall be applied to reimburse the United States Probation Office for a portion of the $1,020.00 paid to Augusta Counseling Services for  Defendant's drug counseling during his Supervised Release.  The Clerk is **DIRECTED** to ascertain how said funds are to be paid to the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia this _8th_ day of August, 2016.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE